IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**TONY C. SUMNER**                                                                                **PLAINTIFF**

      **v.**                    **Civil No. 07-5015**

**ROBERT L. MILLER**                                                                              **DEFENDANT**

**O R D E R**

Now on this 14th day of August, 2007, comes on for consideration plaintiff's **Notice Of Voluntary Dismissal Pursuant To F.R.C.P. 41(a)(1)** (document #3), and the Court, being well and sufficiently advised, finds that this matter should be, and same hereby is, **dismissed without prejudice.**

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**